# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ROBERT MICHAEL ARDIS,

    Petitioner,

v.                                                     CASE NO. 3:19cv399/MCR/EMT

ESCAMBIA COUNTY COURT SYSTEM,

    Respondent.
_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 22, 2019. ECF No. 7. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to comply with an order of the court.

**DONE AND ORDERED** this 21st day of May 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**